STEPHEN F. BIEGENZAHN (State Bar No. 60584)
**THE LAW OFFICES OF STEPHEN F. BIEGENZAHN**
611 W 6th St Ste 850
Los Angeles CA  90017-3101
Telephone:  (213) 617-0017
Facsimile:  (480) 247-5977
Email: Steve@SFBLAW.COM

Counsel for Debtor

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br>**WEI DONG** and **YINGZI YAN**,<br>individuals ,<br><br>                        Debtors. | Case No.: 2: 09-bk-24627-RN<br><br>Chapter 11<br><br>**MOTION FOR DISMISSAL OF VOLUNTARY CHAPTER 11 CASE PURSUANT TO 11 U.S.C. § 1112(b) AND LOCAL BANKRUPTCY RULE LBR 9013-1(o)(3); DECLARATION OF STEPHEN F. BIEGENZAHN IN SUPPORT**<br><br>Date:   [No Hearing Required]<br>Time:<br>Ctrm:   1645 |

Wei Dong and Yingzi Yan, debtors in possession in the above-captioned chapter 11 case ("Debtors" and "Case" respectively), through their counsel of record, respectfully submit this Motion For Dismissal Of Voluntary Chapter 11 Case [etc.] ("Motion"); and, in support thereof, represent as follows:

**MOTION FOR DISMISSAL OF VOLUNTARY CHAPTER 11 CASE PURSUANT TO 11 U.S.C. § 1112(b) AND LOCAL BANKRUPTCY RULE LBR 9013-1(o)(3); DECLARATION OF STEPHEN F. BIEGENZAHN IN SUPPORT**

1

1.      The Case was commenced *in propria* persona on June 11, 2009 by the filing of a voluntary chapter 11 petition.  The Case was necessitated by the collection efforts by judgment creditors holding claims totalling $5,350,000 for which Debtor, his employer and a co-shareholder were jointly and severally liable.

2.      The judgment creditors alluded to above were Shaoxing City Maolong Wuzhong Down Products Co., Ltd. And Shui Yan Cheng (collectively, "Shaoxing").

3.      In October of 2009, the Debtors successfully opposed a Motion To Dismiss [etc.] filed by Shaoxing.  After extensive legal wrangling between Shaoxing, on the one hand, and Debtors and Mr. Dong's co-defendants – activities which involved five law firms and three chapter 11 cases – the parties were sent to mediation with retired Bankruptcy Judge Goldberg ("Mediation").

4.      The Mediation was commenced and successfully completed on February 22, 2010; however, documentation of the resulting settlement took months.

5.      The settlement reached at the Mediation has now been approved by the Bankruptcy Court in each of the three cases; and there is no longer a need for bankruptcy protection for the Debtors.

**MOTION FOR DISMISSAL OF VOLUNTARY CHAPTER 11 CASE PURSUANT TO 11 U.S.C. § 1112(b) AND LOCAL BANKRUPTCY RULE LBR 9013-1(o)(3); DECLARATION OF STEPHEN F. BIEGENZAHN IN SUPPORT**

2

6.    Under section 1112 of the Bankruptcy Code[1] the Court may dismiss a voluntary chapter 11 case upon request of a party in interest, if the "movant establishes cause." Code subsection 1112(b)(1).

7.    Although this Case does not present the stereotypical chapter 11 scenario, it is readily apparent that neither the Debtors, the affected creditors, Shaoxing, or the Court for that matter will be served by perpetuating the Case.

8.    The Debtors are in compliance with all administrative requirements under the Code, and under all applicable United States Trustee Guidelines, including the requirement to make quarterly payments under 28 U.S.C. § 1930 ("Quarterly Fees").

9.    Debtors stipulate that they will make the payment of Quarterly Fees for the third quarter of 2010, regardless when dismissal is ordered and effective.

10.    Though not delineated among the sixteen benchmarks constituting "cause" under Code section 1112(b)(4), Debtors and their counsel respectfully insist that the successful resolution of all pending creditor disputes, and the absence of any justification for retention of a chapter 11 case, certainly must constitute a compelling justification for the dismissal of the Case.

---

[1] Title 11, United States Code, § 101, et seq., referred to here as the "Bankruptcy Code" or simply the "Code."

**MOTION FOR DISMISSAL OF VOLUNTARY CHAPTER 11 CASE PURSUANT TO 11 U.S.C. § 1112(b) AND LOCAL BANKRUPTCY RULE LBR 9013-1(o)(3); DECLARATION OF STEPHEN F. BIEGENZAHN IN SUPPORT**

3

11. It would seem readily apparent that Bankruptcy Code section 1104(a)(3) would not be implicated in the Case.

12. Notice of this Motion has been provided in conformity with Local Bankruptcy Rule 9013-1(o)(3). *See*, the accompanying Declaration of Stephen F. Biegenzahn.

WHEREFORE, Debtors pray that the Court issue and enter an Order dismissing the Case and granting such other and further relief as it shall deem just.

Dated: July 19, 2010                LAW OFFICES OF STEPHEN F. BIEGENZAHN


By:  /s/ *Steve Biegenzahn*
       Stephen F. Biegenzahn

**LAW OFFICES OF STEPHEN F. BIEGENZAHN**
611 W 6th St., Ste 850, Los Angeles, CA 90017-3101
Telephone: (213) 617-0017   Facsimile: (480) 247-5977

**MOTION FOR DISMISSAL OF VOLUNTARY CHAPTER 11 CASE PURSUANT TO 11 U.S.C. § 1112(b) AND LOCAL BANKRUPTCY RULE LBR 9013-1(o)(3); DECLARATION OF STEPHEN F. BIEGENZAHN IN SUPPORT**

4

## DECLARATION OF STEPHEN F. BIEGENZAHN

I, Stephen F. Biegenzahn, declare as follows:

1.     I am a principal of the Law Offices of Stephen F. Biegenzahn. I make this declaration in support of the previously filed Motion For Dismissal ("Motion"). I have personal knowledge of the matters set forth here and above, and if called as a witness to testify, I can and will testify competently thereto.  For the sake of brevity, I adopt here the definitions provided in the Motion.

2.     At all relevant times, I have been and remain counsel to the Debtors.  I participated in the Mediation.  I can testify that a stipulated order approving the settlement with Shaoxing has been entered in the Case.  On July 22, 2010, the appeal period will have expired.  I consider it highly unlikely that the settlement will be challenged.

3.     This morning, I posted a copy of the Notice of the Motion (which will be an electronic attachment to the Motion and this Declaration) to each of the creditors listed on the Mailing Matrix for the Case.

4.     There is no purpose to be served by continuing the Case.  There are no pending motions or adversary proceedings.  All creditors in the Case will be paid current, to the extent that has not already occurred.  The Debtors will pay the Quarterly Fees for this calendar quarter.

**MOTION FOR DISMISSAL OF VOLUNTARY CHAPTER 11 CASE PURSUANT TO 11 U.S.C. § 1112(b) AND LOCAL BANKRUPTCY RULE LBR 9013-1(o)(3); DECLARATION OF STEPHEN F. BIEGENZAHN IN SUPPORT**

LAW OFFICES OF STEPHEN F. BIEGENZAHN
611 W 6th St., Ste 850, Los Angeles, CA 90017-3101
Telephone: (213) 617-0017   Facsimile: (480) 247-5977

5.  I will comply with the Local Bankruptcy Rules and lodge a Declaration Re Non-Opposition and a contemporaneous order, as soon as is practicable after the fifteen day notice period has required.

6.  I exhausted my retainer paid as authorized in the Case; but have been assured by Debtors that I will be compensated for my time.  I join in the Debtors' request for dismissal of the Case.

Executed July 19, 2010 at Los Angeles, California.  I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct; and that if called as a witness, I could and would testify competently thereto.

    /s/ *Steve Biegenzahn*
    Stephen F. Biegenzahn

**LAW OFFICES OF STEPHEN F. BIEGENZAHN**
611 W 6th St., Ste 850, Los Angeles, CA 90017-3101
Telephone: (213) 617-0017  Facsimile: (480) 247-5977

**MOTION FOR DISMISSAL OF VOLUNTARY CHAPTER 11 CASE PURSUANT TO 11 U.S.C. § 1112(b) AND LOCAL BANKRUPTCY RULE LBR 9013-1(o)(3); DECLARATION OF STEPHEN F. BIEGENZAHN IN SUPPORT**

# PROOF OF SERVICE

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 611 W. 6th St., Suite 850, Los Angeles, CA 90017-3101.

A true and correct copy of the foregoing document described as **MOTION FOR DISMISSAL OF VOLUNTARY CHAPTER 11 CASE PURSUANT TO 11 U.S.C. § 1112(b) AND LOCAL BANKRUPTCY RULE LBR 9013-1(o)(3); DECLARATION OF STEPHEN F. BIEGENZAHN IN SUPPORT.**

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Orders and Local Bankruptcy Rules, the foregoing document will be served by the court via NEF and hyperlink to the document. On July 16, 2010, I checked the CM/ECF docket for this bankruptcy case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

scottk@keehnlaw.com;cynthial@keehnlaw.com;lesliek@keehnlaw.com;lisak@keehnlaw.com;corrinen@keehnlaw.com ilandsberg@lm-lawyers.com, bgomelsky@landsberg-law.com;rbenitez@landsberg-law.com

United States Trustee    dare.law@usdoj.gov    ustpregion16.la.ecf@usdoj.gov

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On July 19, 2010, I served the following persons and/or entities at the last known addresses in this bankruptcy case by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Chambers of Judge Neiter
United States Bankruptcy Court
Room 1652
225 E. Temple St.
Los Angeles, CA 90012

**III. SERVED BY E-MAIL**(indicate method for each person or entity served)**:**
On July 19, 2010, I served the following persons at their last known electronic addresses in this bankruptcy case by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Joseph Wu jwu@usasialaw.com
Scott Clarkson    sclarkson@lawcgm.com
Paul Shankman    pshamkman@jhindslaw.com
Ian Landsberg ilandsberg@lm-lawyers.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 19, 2010 | Stephen F. Biegenzahn | /s/ *Steve Biegenzahn* |
|---|---|---|
| Date | Type Name | Signature |

**MOTION FOR DISMISSAL OF VOLUNTARY CHAPTER 11 CASE PURSUANT TO 11 U.S.C. § 1112(b) AND LOCAL BANKRUPTCY RULE LBR 9013-1(o)(3); DECLARATION OF STEPHEN F. BIEGENZAHN IN SUPPORT**

LAW OFFICES OF STEPHEN F. BIEGENZAHN
611 W 6th St., Ste 850, Los Angeles, CA 90017-3101
Telephone: (213) 617-0017    Facsimile: (480) 247-5977

**MOTION FOR DISMISSAL OF VOLUNTARY CHAPTER 11 CASE PURSUANT TO 11 U.S.C. § 1112(b) AND LOCAL BANKRUPTCY RULE LBR 9013-1(o)(3); DECLARATION OF STEPHEN F. BIEGENZAHN IN SUPPORT**