STEPHEN F. BIEGENZAHN (State Bar No. 60584)
**THE LAW OFFICES OF STEPHEN F. BIEGENZAHN**
611 W 6th St Ste 850
Los Angeles CA  90017-3101
Telephone:  (213) 617-0017
Facsimile:  (480) 247-5977
Email: Steve@SFBLAW.COM

Counsel for Debtor

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br>**WEI DONG** and **YINGZI YAN**,<br>individuals ,<br><br>                              Debtors. | Case No.: 2: 09-bk-24627-RN<br>Chapter 11<br>**DECLARATION RE NON-OPPOSITION TO MOTION FOR DISMISSAL OF VOLUNTARY CHAPTER 11 CASE PURSUANT TO 11 U.S.C. § 1112(b) AND LOCAL BANKRUPTCY RULE LBR 9013-1(o)(3)**<br><br>Date:   [No Hearing Required]<br>Time:<br>Ctrm:   1645 |

I, Stephen F. Biegenzahn, declare as follows:

1.       I am a principal of the Law Offices of Stephen F. Biegenzahn. I make this declaration in support of the previously filed Motion For Dismissal ("Motion").  I have personal knowledge of the matters set forth here and above, and if called as a witness

**DECLARATION RE NON-OPPOSITION TO MOTION FOR DISMISSAL OF VOLUNTARY CHAPTER 11 CASE PURSUANT TO 11 U.S.C. § 1112(b) AND LOCAL BANKRUPTCY RULE LBR 9013-1(o)(3)**

1

1 to testify, I can and will testify competently thereto. For the sake of brevity, I adopt here the definitions provided in the Motion.

2. At all relevant times, I have been and remain counsel to the Debtors. I participated in the Mediation. I can testify that a stipulated order approving the settlement with Shaoxing has been entered in the Case. On July 22, 2010, the appeal period will have expired. I consider it highly unlikely that the settlement will be challenged.

3. On July 19, 2010, I posted a copy of the Notice of the Motion (which was filed as an electronic attachment to the my previous Declaration) to each of the creditors listed on the Mailing Matrix for the Case. Attached hereto – not in a physical form; but as an electronic attachment – are the Notice and the Motion.

4. I have received no formal opposition; nor have I received any call, or e-mail or letter indicating that any interested party has any reason to oppose the Motion.

5. I have previously testified that, "[t]here is no purpose to be served by continuing the Case." Nothing, in the interim, has changed.

Executed August 3, 2010 at Los Angeles, California. I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct; and that if called as a witness, I could and would testify competently thereto.

    /s/ *Steve Biegenzahn*
    Stephen F. Biegenzahn

**DECLARATION RE NON-OPPOSITION TO MOTION FOR DISMISSAL OF VOLUNTARY CHAPTER 11 CASE PURSUANT TO 11 U.S.C. § 1112(b) AND LOCAL BANKRUPTCY RULE LBR 9013-1(o)(3)**

2

# PROOF OF SERVICE

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 611 W. 6th St., Suite 850, Los Angeles, CA 90017-3101.

A true and correct copy of the foregoing document described as **DECLARATION RE NON-OPPOSITION TO MOTION FOR DISMISSAL OF VOLUNTARY CHAPTER 11 CASE PURSUANT TO 11 U.S.C. § 1112(b) AND LOCAL BANKRUPTCY RULE LBR 9013-1(o)(3).**

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Orders and Local Bankruptcy Rules, the foregoing document will be served by the court via NEF and hyperlink to the document. On August 4, 2010, I checked the CM/ECF docket for this bankruptcy case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

scottk@keehnlaw.com;cynthial@keehnlaw.com;lesliek@keehnlaw.com;lisak@keehnlaw.com;corrinen@keehnlaw.com ilandsberg@lm-lawyers.com, bgomelsky@landsberg-law.com;rbenitez@landsberg-law.com

United States Trustee    dare.law@usdoj.gov    ustpregion16.la.ecf@usdoj.gov

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On August 4, 2010, I served the following persons and/or entities at the last known addresses in this bankruptcy case by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

Chambers of Judge Neiter
United States Bankruptcy Court
Room 1652
225 E. Temple St.
Los Angeles, CA 90012

III. **SERVED BY E-MAIL**(indicate method for each person or entity served)**:**
On August 4, 2010, I served the following persons at their last known electronic addresses in this bankruptcy case by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

Joseph Wu jwu@usasialaw.com
Scott Clarkson    sclarkson@lawcgm.com
Paul Shankman    pshamkman@jhindslaw.com
Ian Landsberg ilandsberg@lm-lawyers.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 4, 2010 | Stephen F. Biegenzahn | /s/ *Steve Biegenzahn* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**DECLARATION RE NON-OPPOSITION TO MOTION FOR DISMISSAL OF VOLUNTARY CHAPTER 11 CASE PURSUANT TO 11 U.S.C. § 1112(b) AND LOCAL BANKRUPTCY RULE LBR 9013-1(o)(3)**

LAW OFFICES OF STEPHEN F. BIEGENZAHN
611 W 6th St., Ste 850, Los Angeles, CA 90017-3101
Telephone: (213) 617-0017  Facsimile: (480) 247-5977